UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| GREGORY PAYNE, ) <br> ) <br> Petitioner, ) <br> ) No. 1:04-CV-250 <br> v. ) <br> ) Chief Judge Curtis L. Collier <br> UNITED STATES OF AMERICA, ) <br> ) <br> Respondent. ) | |

## JUDGMENT ON DECISION BY THE COURT

This case came before the Court on the 28 U.S.C. § 2255 motion filed by Petitioner Gregory Payne. The Honorable Curtis L. Collier, Chief United States District Judge, having rendered a decision on the petitioner's motion,

It is **ORDERED and ADJUDGED** that the action be **DISMISSED WITH PREJUDICE** on the merits.

Dated at *Chattanooga, Tennessee*, this ____ day of May, 2006.

                                                                               */s/ Patricia L. McNutt*
                                                                    PATRICIA L. McNUTT
                                                                      CLERK OF COURT